**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*A-MMED V. AMERISOURCEBERGEN DRUG CORP. ET. AL*<br><br>Case No. 1:18-OP-46227 | MDL No. 2804<br><br>Case No.: 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **A-MMED AMBULANCE, INC. D/B/A A-MED AMBULANCE SERVICE, LOUISIANA** and pursuant to Fed. R. Civ. P. 41(a)(1), files this Notice of Voluntary Dismissal as to all Defendants, AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., McKESSON CORPORATION, PURDUE PHARMA L.P., PURDUE PHARMA, INC. THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC. CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC., NORAMCO INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., PAR

PHARMACEUTICALS, INC., ALLERGAN PLC f/k/a ACTAVIS PLC., WATSON PHARMACEUTICALS, INC. n/k/a) ACTAVIS, INC., WATSON LABORATORIES, INC., ACTAVIS LLC., ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., MALLINCKRODT PLC., MALLINCKRODT LLC, CVS HEALTH CORPORATION, WALGREENS BOOTS ALLIANCE, INC., a/k/a WALGREEN CO., WALMART, INC., f/k/a WALMART STORES, INC. AND RITE AID OF MARYLAND, INC. a/k/a RITE-AID CORPORATION in the above-captioned action without prejudice. No Defendant has served an answer or a motion for summary judgment in this matter.

Respectfully submitted,

*<u>/s/ Anthony D. Irpino</u>*
Anthony D. Irpino, Bar No. 24727
Pearl A. Robertson, Bar No. 34060
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com
probertson@irpinolaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 28, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Anthony D. Irpino*
Anthony D. Irpino